UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUCA UTZERI,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No.  26-cv-03055-SI<br><br>**REMINDER OF DEADLINES AND AVAILABLE RESOURCES** |

Plaintiff Luca Utzeri is representing himself in this Social Security appeal.  This Order is a reminder of upcoming deadlines and of resources available to litigants who are representing themselves.

The deadlines in this case are stated in the Social Security Procedural Order on the docket at Dkt. No. 2.  The government filed the administrative transcript on June 8, 2026.  Therefore, plaintiff's brief requesting relief is due **July 13, 2026**.[1]  The government will then have 30 days after service of plaintiff's brief to file their brief.  Plaintiff will then have 14 days after service of the government's brief to file his optional reply brief.

The Court informs plaintiff of free legal resources available to unrepresented litigants in the Northern District of California.  First, plaintiff is referred to the Court's website, which includes information about how to represent yourself and a link to a copy of the district court's Pro Se Handbook, *Representing Yourself in Federal Court*, which provides instructions on how to proceed

---

[1] The Social Security Procedural Order makes plaintiff's brief due 30 days after service of the Commissioner's answer/administrative transcript.  Dkt. No. 2.  The Court adds an additional 3 days for service by mail.  *See* Fed. R. Civ. P. 6(d).

at every stage of the case, including how to file papers. *See* https://cand.uscourts.gov/pro-se-litigants/.

Some of the information in the handbook will not apply to Social Security appeals. The deadlines in this Order and in the Social Security Procedural Order at Dkt. No. 2 are the deadlines that apply to this case.

Additionally, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org to set up an appointment. Appointments are available by phone or in person. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide free basic legal help but not representation.

**IT IS SO ORDERED**.

Dated: June 12, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2